

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Gary Wayne Moore, Appellant

No. 06-14-00038-CV          v.

Emalena Fay Mestel, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. PO-13-41485).   Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

      As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

      We further order that the appellant, Gary Wayne Moore, pay all costs of this appeal.

RENDERED JUNE 13, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk